PRISONER CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINC

## Civil Cover Sheet

07cv6936
JUDGE HIBBLER
MAG. JUDGE SCHENKIER

**Plaintiff(s):** CHRISTOPHER KNOX

**Defendant(s):** JAMES P. DORAN, et al.

**County of Residence:** ALEXANDER

**County of Residence:**

**Plaintiff's Address:**
Christopher Knox
B-61090
Tamms - CMAX
P.O. Box 2000
Tamms, IL 62988

**Defendant's Attorney:**

FILED
J.N  DEC 1 0 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes  [ ] No

**Signature:** A. E. Woodham  **Date:** 12/10/2007