FILED

# United States District Court

DEC 1 0 2007 *aw*

NORTHERN _____ DISTRICT OF ____ ILLINOIS

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CHRISTOPHER KNOX
PLAINTIFF

V.

JAMES P. DORAN. et AL.
DEFENDANT

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

07cv6936
JUDGE HIBBLER
MAG. JUDGE SCHENKIER

I, __CHRISTOPHER KNOX_____, declare that I am the (check appropriate box)

[X] petitioner/plaintiff          [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant       [ ] _____
                                          other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?                               Yes [ ]    No [X]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment      Yes [ ]   No [X]
   b. Rent payments, interest or dividends?                       Yes [ ]   No [X]
   c. Pensions, annuities or life insurance payments?            Yes [ ]   No [X]
   d. Gifts or inheritances?                                      Yes [ ]   No [X]
   e. Any other sources?                                          Yes [X]   No [ ]

If the answer to any of the above is "yes", describe each source of money and state the amount received during the past twelve months.

SETTLEMENT IN CIVIL SUIT. AMOUNT $ 300.00

3. Do you own cash, or do you have money in a checking or savings account? Yes ( ) No (X) (include any funds in prison accounts). If the answer is "yes", state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)? Yes ( ) No ( ) If the answer is "yes", describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

## DECLARATION UNDER PENALTY OF PERJURY

I declare (or certify, verify, or state) under penalty of perjury, that I am the plaintiff/petitioner in the above action, that I have read the foregoing Motion and Affidavit and that the information contained therein is true and correct. 28 U.S.C. §.746; 18 U.S.C. §1621.

11-18-07
Date

Christopher Brool
Signature of Plaintiff/Petitioner

(Rev. 1/97)

CERTIFICATE

(THIS SECTION FOR COMPLETION BY THE PLAINTIFF/PETITIONER)

Name of Plaintiff/Petitioner: CHRISTOPHER KNOX

Institution where confined: TAMMS CORRECTIONAL CENTER

Register number: B-61090

(Instructions: This section is for completion by an authorized officer of the above-named institution only. The plaintiff/petitioner may <u>not</u> write below this line. Please complete the following certificate for the plaintiff/petitioner named and described above. If the plaintiff/petitioner is confined in the Illinois Department of Corrections, you are further requested to attach a print-out of all transactions for this person's account for the past six months.)

I hereby certify that ___Christopher Knox___ currently has the sum
(Name of plaintiff/petitioner)

$_____ on account to his credit at ___Tamms CC___
(Institution where confined)

In the first calendar month immediately preceding the date
of this certificate, plaintiff/petitioner had a maximum balance of
_____and a minimum balance of                               $_____
In the second calendar month, had a maximum balance of
_____and a minimum balance of                               $_____
In the third calendar month, had a maximum balance of                  $_____
_____and a minimum balance of                               $_____

I certify that the plaintiff/petitioner likewise has the following securities to his credit according to the records of the institution. Not Known

DATED: _____
NOV 27 2007
TAMMS CORR CENTER

_____
Signature of Authorized Officer
of the above Institution

(Rev. 1/93)

- 3 -

**Trust Fund**

**Inmate Transaction Statement**

REPORT CRITERIA  -  Date: 09/20/2007 thru 10/19/2007;   Inmate: B61090;   Active Status Only ? : No;   Print Restrictions ? :
Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print
Balance Errors Only ? : No

**Inmate: B61090 Knox, Christopher**

**Housing Unit: TAM-F -01-02**

| | |
|---|---|
| Total Inmate Funds: | .34 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 122.73 |
| Funds Available: | -122.39 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTITUTIONS**

| Rest. # | Vendor | | Transaction | Tran. Date | Amount | Balance |
|---|---|---|---|---|---|---|
| 4131 | 476 | US District Court-Northern | Beginning Balance | 04/19/2007 | 48.77 | .00 |
| | | | | | Total: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 05/08/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.78 |
| 05/17/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 05/21/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 05/21/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 05/22/2007 | | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 05/23/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 05/24/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.98 |
| 05/24/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.40 |
| 05/29/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 05/29/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.75 |
| 06/04/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $1.20 |
| 06/04/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $1.00 |
| 06/04/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $0.75 |
| 06/07/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 06/08/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 06/13/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 06/13/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 06/13/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 06/15/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 06/19/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 06/21/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 06/27/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 06/27/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 06/27/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 06/28/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.92 |
| 06/28/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 07/03/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 07/03/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |



d_list_inmate_trans_statement_composite

**Trust Fund**

Inmate Transaction Statement

REPORT CRITERIA - Date: 09/20/2007 thru 10/19/2007;     Inmate: B61090;     Active Status Only ? : No;     Print Restrictions ? :
Yes;     Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print
Balance Errors Only ? : No

**Inmate: B61090 Knox, Christopher**                    **Housing Unit: TAM-F -01-02**

RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 07/09/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $4.00 |
| 07/10/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.16 |
| 07/10/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 07/10/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 07/10/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.60 |
| 07/10/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.48 |
| 07/11/2007 | | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 07/11/2007 | | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 07/13/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.75 |
| 07/13/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 07/13/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 07/16/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 07/16/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 07/16/2007 | | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 07/18/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 07/18/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 07/18/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 07/19/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 07/23/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.48 |
| 07/23/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 07/26/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 08/02/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.80 |
| 08/02/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 08/02/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.80 |
| 08/08/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $1.80 |
| 08/08/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $0.50 |
| 08/14/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 08/14/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 08/16/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 08/20/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.60 |
| 08/21/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.30 |
| 08/21/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.17 |
| 08/22/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.15 |
| 08/29/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.71 |
| 09/05/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 09/05/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.14 |
| 09/10/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.13 |
| 09/14/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 09/14/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 09/14/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.33 |
| 09/28/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 09/28/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.47 |

**Tamms Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 09/20/2007 thru 10/19/2007;    Inmate: B61090;    Active Status Only ? : No;    Print Restrictions ? :
Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

**Inmate: B61090 Knox, Christopher**                    **Housing Unit: TAM-F -01-02**

RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 09/28/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.83 |
| 09/28/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 09/28/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 10/03/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $2.60 |
| 10/03/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.30 |
| 10/03/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $9.40 |
| 10/03/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.64 |
| 10/03/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.30 |
| 10/03/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.64 |
| 10/03/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 10/03/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.30 |
| 10/03/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.30 |
| 10/05/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.26 |
| 10/12/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.71 |
| 10/15/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.30 |
| 10/15/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.90 |
| 10/16/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 10/18/2007 | | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 10/18/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $3.40 |
| 10/18/2007 | | Disb | Library | 2 DOC: 523 Fund Library | $3.00 |

**Total Restrictions:**    **$122.73**