## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6936 | **DATE** | Feb. 14, 2008 |
| **CASE TITLE** | Christopher Knox (B-61090) v. James Doran | | |

**DOCKET ENTRY TEXT:**

For the reasons stated below, the Court dismisses Plaintiff Christopher Knox's instant suit without prejudice. His motion to proceed *in forma pauperis* [3] is denied as moot. This case is terminated.

■ [For further details see text below.]   *Wm. J. Hibbler*   Docketing to mail notices.

### STATEMENT

Plaintiff Christopher Knox (B-61090), currently incarcerated at Tamms Correctional Center, has filed this 42 U.S.C. § 1983 action against Illinois Attorney General Lisa Madigan and Assistant Attorney General James Doran. Plaintiff alleges that Doran altered the terms of a settlement agreement in such a way to prevent plaintiff from proceeding with his suit his case *Knox v. Iylola*, No. 07-814. Although the Court had dismissed Case No. 07-814 based upon the settlement agreement, the case was reinstated and the settlement agreement is being reviewed. *See Knox v. Iylola*, No. 07 C 814 (January 22, 2008 order). Accordingly, given that the issue that is the subject of the instant case (the settlement agreement) is being reviewed in Case No. 07-814, and that the suit is proceeding forward, the instant case is dismissed. *See Marshall v. Knight*, 445 F.3d 965, 968 (7th Cir. 2006) (a claim of denial of access to court requires the plaintiff to show prejudice, i.e. that he has been prevented from brining suit).

isk